USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
FURNESS WITHY (AUSTRALIA) PTY. LTD.,                        :
                                                            :      07 Civ. 10338 (SHS)
                                    Plaintiff,              :
                                                            :      ORDER
                                                            :
             -against-                                      :
                                                            :
LIBRA SHIPPING SERVICES, LLC,                               :
                                                            :
                                    Defendant.              :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   In light of the holding of the U.S. Court of Appeals for the Second Circuit in *Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.*, 585 F.3d 58 (2d Cir. 2009) and *Hawknet, Ltd. v. Overseas Shipping Agencies*, --- F.3d ----, 2009 WL 3790654 (2d Cir. Nov. 13, 2009) and because plaintiff has not alleged that any specific property other than electronic funds transfers is likely to be found in this district, plaintiff is hereby ordered to show cause on or before December 30, 2009 why the Order of Maritime Attachment and Garnishment dated November 15, 2007 should not be vacated, any attached funds released, and this action dismissed.

Dated: New York, New York
       December 16, 2009

                                         SO ORDERED:

                                         _____
                                         Sidney H. Stein, U.S.D.J.